UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ERIC J. STIGGLE

v.

LOUIS J. FUSARO, et al.                Case No.        PRISONER
                                                        3:02CV536 (EBB) (JGM)

## RULING ON PENDING MOTIONS

Pending are plaintiff's motion for order and motion to amend/correct.   Because this case is currently stayed, the motions [docs. ## 72, 73] are DENIED without prejudice to renewal after the stay is lifted.

SO ORDERED in New Haven, Connecticut, this _____ of February, 2004.

_____
Joan G. Margolis
United States Magistrate Judge