FILED

2004 FEB 23  P 4: 29

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC J. STIGGLE, SR., | : | PRISONER |
| Plaintiff | : | |
| | : | CASE NO. 302CV536(EBB)(JGM) |
| VS. | : | |
| | : | JURY TRIAL DEMANDED |
| LOUIS J. FUSARO, SR, A. SMITH, | : | |
| MENARD, A. GOMES, MOLIS, W. KNIGHT, | : | |
| R. MCKINNEY, W. MOCEK, M. MCVICKER, | : | |
| CONNELLY, E. LARSEN, ALDIE, MCMAN, | : | |
| DIAGLE, M. BELISE, M. ERNEST, | : | |
| Defendants | : | FEBRUARY 19, 2004 |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

Pursuant to Rule 7 (b)(1) of the Federal Rules of Civil Procedure, the defendants hereby move for an order of this Court enforcing a settlement agreement between the plaintiff and defendants. In support of this Motion, the defendants represent as follows:

1.  This action is brought by the plaintiff, Eric J. Stiggle, pro se, against various members of the Norwich Police Department.

2.  On January 29, 2004, a written offer of settlement was mailed to the plaintiff by counsel for the defendants.

3.  On or about January 30, 2004, the same offer of settlement was verbally extended to

**Oral argument not requested;**
**Testimony not required.**

KERNAN & HENRY, LLP   ATTORNEYS AT LAW
P.O. BOX 2156   •   WATERBURY, CONNECTICUT 06722   •   (203) 756-8961   •   JURIS NO. 30960   •   FAX (203) 754-2353

the plaintiff by counsel for the defendants via telephone.

4.  On or about January 30, 2004, the plaintiff verbally accepted the defendants' offer of settlement during the above-mentioned telephone conversation.

5.  On or about February 2, 2004, the plaintiff again contacted counsel for the defendants by telephone and restated his acceptance of the defendants' offer of settlement.

6.  On February 9, 2004, the plaintiff appeared at the office of the undersigned and executed a written release of his claims against the defendants which accurately reflected the terms of the settlement offer accepted by the plaintiff. The plaintiff also signed a stipulation of dismissal as to the above-captioned action.

7.  A settlement check has not yet been tendered to the plaintiff because, pursuant to Connecticut General Statutes § 52-362d, the State of Connecticut has perfected a lien for unpaid child support against any settlement payable to the plaintiff. Accordingly, any settlement payment must be withheld for the period specified in § 52-362d(e).

8.  On February 10, 2004, the plaintiff contacted counsel for the defendants by telephone and stated that he wished to revoke his acceptance of the defendants' settlement offer.

9.  An enforceable settlement agreement exists between the plaintiff and the defendants, and such agreement should be enforced by this Court.

10. Copies of the Release and Stipulation of Dismissal signed by the plaintiff are attached to this motion. The Release requires that the terms of the settlement be kept confidential. Accordingly, the settlement amount has been redacted.

A memorandum of law in support of this motion is filed herewith and made a part hereof.

WHEREFORE, the defendants respectfully request an order of this court enforcing the settlement agreement between the plaintiff and defendants and dismissing the above-captioned action with prejudice.

DEFENDANTS,

BY _____
Melissa A. Scozzafava
Of Kernan & Henry, LLP
P.O. Box 2156
Waterbury, CT 06722-2156
(203) 756-8961
Federal Bar No.: CT 23560

## CERTIFICATION

 I hereby certify that a true copy of the foregoing Motion was mailed, postage prepaid, on February 19, 2004 to:

Eric J. Stiggle, Sr.
P.O. Box 169
Norwich, CT 06360

          _____
          Melissa A. Scozzafava