```
                                                              FILED

                                                        2004 MAR 23  P 5: 15
ERIC J. STIGGLE, SR.,        UNITED STATES DISTRICT COURT
                                                         U.S. DISTRICT COURT
                              DISTRICT OF CONNECTICUT    BRIDGEPORT, CONN
VS.
                                        CASE NO. 302CV536(EBB)(JGM)
LOUIS J. FUSARO, SR. ET AL.             JURY TRIAL DEMANDED


                                        MARCH 18, 2003
```

### MOTION TO DENY DEFENDANT'S MOTION
### TO ENFORCE SETTLEMENT AGREEMENT

The Plaintiff is asking this court to deny the Defendant's Motion dated February 19, 2003 to enforce settlement agreement for the following reason set forth herein the PlaINTIFF called the Defendants Attorney within twentyfour hours informing her that he changed his mind and wanted to take this matter to trial, it has been less then twenty four hours when the Plaintiff called the DEfendant's Counsel to inform Counsel that the Plaintiff counsel that he changed his mind.

wherefore : The Plaintiff is asking this court to deny Defendant's Motion.

                                        [signature]
                                        ERIC J. STIGGLE, SR.
                                        P.O. BOX 169
                                        NORWICH, CT 06360

CERTIFICATION

I hereby certify that a true copy of the foregoing MOtion was mailed, postage prepaid on march 18,2003 to:

Melissa A. Scozzafava

Kernan & Henry,LLP.

P.O. BOX 2156
WATERBURY, CT 06722

Eric J. Stiggle,Sr.

P.O. BOX 169

NORWICH,CT 06360