UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Apr 28  12 01 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN.

ERIC J. STIGGLE

v.                   Case No.  3:02-CV-536 (EBB)

LOUIS J. FUSARO

REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Joan G. Margolis for the following purposes:

___ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: (orefm.) Doc.# _____

_X_ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf)

___ Other: (orefmisc./misc) _____

SO ORDERED this 27th day of April, 2004 at New Haven, Connecticut.

UNITED STATES DISTRICT JUDGE