United States District Court
District of Connecticut
FILED AT   NEW HAVEN

(Rev. 2/93)

**UNITED STATES DISTRICT COURT**  ......5/6/04......20
**DISTRICT OF CONNECTICUT**   Kevin F. Rowe, Clerk

By................................
Deputy Clerk

## APPEARANCE

Stiggle v Foster

CASE NUMBER: 3:02CV536

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

A. Smith
W Knight

Date: 5.6.04

Federal Bar Number: CT 0f06f

Telephone Number: 203-756-8561

Signature: [signed]
Print Clearly or Type Name: John K. McDonald
Address: Kernan & Henry LLP
P.O. Box 2156
Waterbury, CT 06722

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Eric J. Stiggle
P.O. Box 169
Norwich, CT 06360

Signature: [signed]

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)