CT/cvmhrg (January 10, 2002)

TAPE SPR 10 6
HONORABLE J.G. MARGOLIS
DEPUTY CLERK P. Moore  RPTR/ERO/TAPE J. Pesta

TOTAL TIME: ___ hours ___ minutes

DATE 5/6/04  START TIME 9:40 a.m.  END TIME 10:31
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Stiggle

vs.

Fusaro

CIVIL NO. 3:02CV536(EBB)

Eric Stiggle
Pro Se
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

John McDonald
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscellaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☒ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

~~MOTION~~
DOCUMENT NO.

☑ #80 Brief — Reference made to it only  ☐ granted ☐ denied ☐ advisement
☐ #___ Motion _____  ☐ granted ☐ denied ☐ advisement
(additional empty Motion lines)

Appearance filed by Atty McDonald for P. Smith & W. Knight  ☒ filed ☐ docketed

Hearing continued until _____ at _____