AO 187 (Rev. 7/87) Exhibit and Witness List

United States District Court
District of Connecticut
FILED AT    NEW HAVEN

5/6/04                    20
Kevin F. Rowe, Clerk

By
Deputy Clerk

# United States District Court

DISTRICT OF  Connecticut  (9 noo

Stiggle
V.
(Saga)

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02 CV 536 (8A5)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| T. G. Wierighty's | Pha Se  Stiggle | John Mac Donald |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 5/6/04 | ECRO- S. Rosta | P. Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | ✓ |  | WITNESS |  | ERIC STIGGLE -WITNESS  PO 1304 169 auruch CT |
|  | A | 5/6/04 |  |  | Sealed Exhibit |
|  | A1 | 5/6/04 |  |  | General Release 2/5/04 |
|  | B | 5/6/04 |  |  | Sealed Exhibit |
|  | B1 | 5/6/04 |  |  | General Release 2/8/04 |
|  | C | 5/6/04 | F |  | Stipulation of Dismissal |
|  | D | 5/6/04 | F |  | Letter from Kerner & Henry 2/3/04 |
|  | E | 5/6/04 |  |  | Sealed Exhibit |
|  | E1 | 5/6/04 |  |  | Consent Release 1/29/04 letter to Stiggle |
|  | F | 5/6/04 | ID |  | St of CT letter 2/2/04 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages