IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

-------------------------------------------------x

ERIC J. STIGGLE, SR.

v.                                                                3:02 CV 536 (EBB)

LOUIS J. FUSARO                                      DATE: MAY 12, 2004

-------------------------------------------------x

### RECOMMENDED RULING ON DEFENDANTS' MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT

On March 26, 2002, plaintiff, then an inmate at the Cheshire Correctional Institute, commenced this action, pro se, against multiple members of the Norwich Police Department, alleging police brutality as the result of his arrest on August 13, 2001. (Dkt. #3).[1] At various points in this litigation, starting on August 23, 2002 through August 6, 2003, defendants have sought to stay these proceedings, as defendants are insured under a liability insurance policy issued by the Legion Insurance Company, which was placed into rehabilitation by the Pennsylvania Commonwealth Court; the Pennsylvania court ordered an automatic stay of all proceedings against Legion's insureds. (Dkts. ##16, 22, 52, 55, 60, 62, 64, 69, 74, 75 & 76).

On February 23, 2004, defendants filed the pending Motion to Enforce Settlement Agreement and brief in support (Dkts. ##78-79),[2] as to which plaintiff filed his brief in opposition on March 23, 2004. (Dkt. #80). The matter was referred to this Magistrate Judge on April 28, 2004 (Dkt. #81), and an evidentiary hearing was held before this Magistrate

---

[1] During the course of the litigation, plaintiff was transferred to Osborn Correctional Institution in Somers and to Gates Correctional Institution in Niantic, and by the time of the evidentiary hearing on the pending motion, was out on parole. (See Dkts. ##19, 65, 80).

[2] Attached to defendants' brief was a copy of a Stipulation of Dismissal, dated February 2, 2004, signed by both parties, and a General Release, dated February 9, 2004, signed by plaintiff.

AO 72A
(Rev. 8/82)

[Handwritten margin notes: "84"; "6/10/04 Absent objection, the ruling of the Magistrate Judge is approved, adopted and so Ordered."]