FILED

2004 JUN 17 A 11: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC J. STIGGLE, SR., | : | PRISONER |
|               Plaintiff | : | |
| | : | CASE NO.302CV536(EBB)(JGM) |
| VS. | : | |
| | : | JURY TRIAL DEMANDED |
| LOUIS J. FUSARO, SR, A. SMITH, | : | |
| MENARD, A. GOMES, MOLIS, W. KNIGHT, | : | |
| R. MCKINNEY, W. MOCEK, M. MCVICKER, | : | |
| CONNELLY, E. LARSEN, ALDIE, MCMAN, | : | |
| DIAGLE, M. BELISE, M. ERNEST, | : | |
|               Defendants | : | JUNE 15, 2004 |

**REQUEST FOR HEARING**

The defendants in the above-entitled matter request a hearing as to Footnote 9 of the Magistrate's ruling on the defendants' motion for enforcement of settlement agreement dated May 12, 2004. In support of their request the defendants state as follows:

1. In accordance with the Footnote 9 regarding a hearing regarding the payment of the settlement check on May 28, 2004, due to the State giving the plaintiff ten (10) days to respond to its request regarding attorney fees and/or medical bills which would be exempt from their lien, the defendants requested a hearing.

2. On June 14, 2004, via facsimile, the undersigned counsel received the attached Notice of Seizure of Assets. (Exhibit A attached.)

3. There is no indication as to whether or not the plaintiff consented to the payment of the lien in the amount of $1,000.00 to the State of Connecticut.

4. In that the plaintiff in this case is Pro Se, an evidentiary hearing would protect the interest of the defendants as to whom the payment should be made so as to perhaps avoid further court proceedings.

WHEREFORE, the defendants in the above-entitled matter respectfully request an evidentiary hearing with regard to this matter.

DEFENDANTS

BY _____
John K. McDonald
Of Kernan & Henry, LLP
P.O. Box 2156
Waterbury, CT 06722-2156
(203) 756-8961
Federal Bar No.: CT 08069

## CERTIFICATION

I hereby certify that a true copy of the foregoing Motion was mailed, postage prepaid, on June 15th, 2004 to:

Eric J. Stiggle, Sr.
P.O. Box 169
Norwich, CT 06360

_____
John K. McDonald



# STATE OF CONNECTICUT
### DEPARTMENT OF SOCIAL SERVICES
### 25 SIGOURNEY STREET • HARTFORD, CONNECTICUT 06106-5033

## *NOTICE OF SEIZURE OF ASSETS*

### VIA FAX (203) 754-2353

June 14, 2004

207 Bank Street
Waterbury, CT 06722          **OBLIGOR:**
**ATT: John K. McDonald, Esq.**   **Name: Eric Stiggle** SSN: 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

Pursuant to 42 U.S.C. 666(c) (1)(G)(i) and Section 52-362d of the Connecticut General Statutes, you are directed to immediately remit to this IV-D agency the sum of **$ 1,000.00** from the insurance assets and/or Workers' Compensation award that would be due the above cited child support obligor. Assets are defined as, but not limited to, the proceeds from an award or settlement that would be due to your client after payment of attorney's fees and outstanding injury related medical bills.

Please make checks payable to the **State of Connecticut IV-D Agency.**
Remit payment to:

> **Department of Social Services**
> **Division of Child Support Enforcement**
> **25 Sigourney Street, 10th Floor**
> **Hartford, CT 06106-5033**
> **Attn: David A. Shonta**

To ensure proper credit to your client's child support balance, please include the above referenced **Social Security Number** on the check.

Failure to respond to this Notice may result in a referral to the Office of the Attorney General for prosecution.

Thank you for your cooperation.

*David A. Shonta*

David A. Shonta, Special Enforcement Investigator
Authorized IV-D Agency Representative

An Equal Opportunity / Affirmative Action Employer
Printed on Recycled or Recovered Paper