AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Connecticut

9/21 ........20 04
Kevin F. Rowe, Clerk
By: _____ Deputy Clerk

Stiggle
v.
Fusero

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02cv536(EBB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| | | |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | A | 9/20/04 | F | | Order signed by Judge Booth - Superior Court |
| | B | 9/21/04 | F | | Civil Summons - Superior Court |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __ Pages