IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------x
ERIC J. STIGGLE, SR.                    :    3:02 CV 536 (EBB)

v.                                      :

LOUIS J. FUSARO                         :    DATE: SEPTEMBER 23, 2004

------------------------------------------------------x

### RULING FOLLOWING SUPPLEMENTAL EVIDENTIARY HEARING

Familiarity is presumed with this Magistrate Judge's Recommended Ruling on Defendants' Motion for Enforcement of Settlement Agreement, filed May 12, 2004 (Dkt. #84)["May Ruling"], which was approved by Senior U.S. District Judge Ellen Bree Burns on June 10, 2004. (Dkt. #86). The May Ruling granted defendants' motion, finding that a settlement had been reached between the parties. The May Ruling observed that there may be a:

> collateral issue . . . [regarding] to whom such the settlement check should be made. During post-hearing arguments, plaintiff argued that defense counsel should issue the check to him, in order for him to pay his outstanding medical bills. Defense counsel obviously objects, particularly in light of Exhibit F [a notice by the State of Connecticut]. If plaintiff and defense counsel are unable to resolve this issue between themselves, then on or before June 7, 2004, defense counsel may request a supplemental hearing before the Court on this limited issue.

(At 5 n. 9)(emphasis omitted).

On June 17, 2004, defense counsel filed a Request for Hearing (Dkt. #87), to which was attached as Exh. A a copy of a Notice of Seizure of Assets, directing defense counsel to forward the sum of $1,000 to the Connecticut Department of Social Services for plaintiff's unpaid child support obligations. In light of plaintiff's pro se status and defense counsel's inability to ascertain plaintiff's position, defense counsel requested that the court schedule an evidentiary hearing.

AO 72A
(Rev. 8/82)